IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER M. BUTLER,**  **PLAINTIFF**
**ADC # 178200**

v.   CASE NO: 2:23-cv-00106-JM

**DOES,** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 27th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE